# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    James Wooden,
    Vernice Wooden,

        Debtors.

Case No. 21-10885-amc

Chapter 13

## Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtors in this matter.

Date: March 28, 2024

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtors*

By: /s/ Erik B. Jensen
Erik B. Jensen
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102
215-546-4700
erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

Please enter my appearance as counsel for the Debtors in this matter.

Date: March 28, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com