**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    James Wooden,
    Vernice Wooden,

            Debtor.

Case No. 21-10885-amc

Chapter 13

Related to ECF No. **56**

**Order Denying Motion for Relief from Stay filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing**

    **AND NOW**, upon consideration of the Motion for Relief from Stay filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing, and the Debtors' objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

Date:

                                              Ashely M. Chan
                                              U.S. Bankruptcy Judge