# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**James Wooden**<br>         Debtor<br>**Vernice Wooden**<br>         Joint Debtor<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>         Movant<br>v.<br>**James Wooden**<br>**Vernice Wooden**<br>         Debtor/Respondent<br>**KENNETH E. WEST, Esquire**<br>         Trustee/Respondent | **Bankruptcy No. 21-10885-amc**<br><br>**Chapter 13**<br><br>**Doc: 56** |

## PRAECIPE TO RE-LIST HEARING ON MOTION FOR RELIEF

NewRez LLC d/b/a Shellpoint Mortgage Servicing, movant, kindly requests the Motion for Relief filed on March 14, 2024 at Docket Entry #56 to be rescheduled for a hearing on November 12, 2024 at 11:00 a.m.

    Respectfully Submitted:

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

By: /s/ Michelle L. McGowan
Michelle L McGowan, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

Case 21-10885-amc    Doc 66    Filed 10/16/24    Entered 10/16/24 16:04:25    Desc Main
Document      Page 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**James Wooden**<br>　　　**Debtor**<br>**Vernice Wooden**<br>　　　**Joint Debtor**<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>　　　**Movant**<br>v.<br>**James Wooden**<br>**Vernice Wooden**<br>　　　**Debtor/Respondent**<br>**KENNETH E. WEST, Esquire**<br>　　　**Trustee/Respondent** | **Bankruptcy No. 21-10885-amc**<br><br>**Chapter 13**<br><br>**Doc: 56** |

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 16, 2024, I served copies of the foregoing by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**James Wooden**
7728 Delphi Pl
Philadelphia, PA 19153

**Vernice Wooden**
7728 Delphi Pl
Philadelphia, PA 19153

**JEFFREY M. CARBINO**
Leech Tishman Fuscaldo & Lampl
1007 N Orange Street
Suite 420
Wilmington, DE 19801

**ERIK B. JENSEN**
Jensen Bagnato, PC
1500 Walnut St.
Suite 1510
Philadelphia, PA 19102

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 10/16/2024

By: /s/ Michelle L. McGowan
Michelle L McGowan, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant