B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re James Wooden and Vernice Wooden,   Case No. 21-10885-amc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
    Name of Transferee

NewRez LLC d/b/a Shellpoint Mortgage Servicing
    Name of Transferor

Name and Address where notices to transferee should be sent:
  Shellpoint Mortgage Servicing
  P. O. Box 10826, Greenville, SC 29603

Court Claim # (if known): 20
Amount of Claim: $122,166.66
Date Claim Filed: 06/10/2021

Phone: 800-365-7107
Last Four Digits of Acct #: 8449

Phone: 800-365-7107
Last Four Digits of Acct. #: 8449

Name and Address where transferee payments should be sent (if different from above):
  Shellpoint Mortgage Servicing
  P. O. Box 10826, Greenville, SC 29603

Phone: 800-365-7107
Last Four Digits of Acct #: 8449

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Danielle Boyle-Ebersole, Esquire   Date: 07/09/2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



eRecorded in Philadelphia PA   Doc Id: 54318051
07/09/2024 11:37 AM   Page 1 of 4   Rec Fee: $242.75
Receipt#: 24-53245
Records Department   Doc Code: A

Prepared By:
Jennifer Zak/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Investor Loan Number
Fannie Mae Loan #

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, WHOSE ADDRESS IS 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, WHOSE ADDRESS IS C/O NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, 75 BEATTIE PLACE, SUITE 300, GREENVILLE, SC 29601 (800)365-7107**, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 01/14/2019, in the amount of $128,000.00 made by **JAMES C. WOODEN AND VERNICE M. WOODEN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR HOMEWARD RESIDENTIAL, INC., ITS SUCCESSORS AND ASSIGNS** recorded on 02/06/2019, in the Office of the Recorder of Deeds of **PHILADELPHIA** County, in the State of **Pennsylvania**, in **Doc ID 53475074**.
Corrective: 03/08/2019 DOC ID: 53485878.
   SEE ATTACHED EXHIBIT A
Property is more commonly known as: 7728 DELPHI PL, PHILADELPHIA, PA 19153.
See Exhibit attached for Assignments, Modifications etc.

Dated this 09th day of July in the year 2024
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

By: _Angela Pavao_
ANGELA PAVAO
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

FNMA1          2024-NPL1-VWH1   N1   DOCR T092407-09:17:06 [C-3]   EFRMPA1

Investor Loan Number 
Fannie Mae Loan #

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 09th day of July in the year 2024, by Angela Pavao as VICE PRESIDENT of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**JULIE MARTENS**
COMM EXPIRES: 5/22/2026



JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

Assignment of Mortgage from:
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, WHOSE ADDRESS IS 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034, (ASSIGNOR),
to:
US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, WHOSE ADDRESS IS C/O NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, 75 BEATTIE PLACE, SUITE 300, GREENVILLE, SC 29601 (800)365-7107, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Mortgagor: JAMES C. WOODEN AND VERNICE M. WOODEN

All that certain lot or piece of ground situated in
Mortgage Premises: 7728 DELPHI PL
PHILADELPHIA, PA 19153
PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Angela Pavao**, do certify that the precise address of the within named Assignee is:
US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, WHOSE ADDRESS IS C/O NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, 75 BEATTIE PLACE, SUITE 300, GREENVILLE, SC 29601 (800)365-7107, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

**ANGELA PAVAO**
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

FNMA1 441365317 2024-NPL1-VWH1  N1  DOCR T092407-09:17:06 [C-3] EFRMPA1

**Investor Loan Number** ▓▓▓
**Fannie Mae Loan #** ▓▓▓

"EXHIBIT"

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOMEWARD RESIDENTIAL, INC., ITS SUCCESSORS AND ASSIGNS TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING DATED 04-16-2021. REC: 05-12-2021 INSTR# 53830847

54318051   Page 4 of 4   07/09/2024 11:37 AM

# Exhibit A

Land situated in the City of Philadelphia in the County of Philadelphia in the State of PA

ALL THAT CERTAIN LOT OR PARCEL OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED. SITUATE IN THE 40TH WARD OF THE CITY OF PHILADELPHIA, DESCRIBED ACCORDING TO A SURVEY AND PLAN OF PROPERTIES MADE FOR KORMAN DEVELOPMENT CO. INC., BY MICHAEL A. SACCONE APRIL 23, 1969 TO WIT:

BEGINNING AT A POINT ON THE SOUTHEASTERLY SIDE OF DELPHI PLACE 150 FEET WIDE MEASURED NORTH 36 DEGREES 10 MINUTES 18 SECONDS EAST ALONG SAID DELPHI PLACE, THE DISTANCE OF 90.00 FEET FROM THE NORTHEASTERLY SIDE OF 70TH STREET (70 FEET WIDE).

CONTAINING IN FRONT OF BREADTH NORTH 36 DEGREES 40 MINUTES 18 SECONDS EAST ALONG SAID DELPHI PLACE 29.870 FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHEASTWARDLY BETWEEN PARALLEL LINES AT RIGHT ANGLES TO SAID SOUTHEASTERLY SIDE OF DELPHI PLACE 90.00 FEET, THE NORTHEASTERLY LINE PASSING THROUGH THE AREAGE CENTER OF A PARTY WALL BETWEEN THE SAID PREMISES.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-10885-amc |
| James Wooden and Vernice Wooden | : Chapter 13 |
| Debtors | : |
| | : |
| | : |
| | : |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | |
| Movant | : |
| vs. | : |
| James Wooden and Vernice Wooden | : |
| Debtors/Respondents | : |
| and | : |
| Kenneth E. West, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Danielle Boyle-Ebersole hereby certify that on **07/09/2025**, I have served a copy of this Transfer of Claim and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Jeffrey M. Carbino, Esquire
Michael A. Cibik, Esquire
Via ECF
*Attorneys for Debtors*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

James Wooden
Vernice Wooden
7728 Delphi Pl
Philadelphia, PA 19153
Via First Class Mail
*Debtors*

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com