United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10885-amc |
| James Wooden | Chapter 13 |
| Vernice Wooden | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 11, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Wooden, Vernice Wooden, 7728 Delphi Pl, Philadelphia, PA 19153-1713 |
| 14596234 | + | Access Credit Union, Po Box 2206, Bristol, PA 19007-8206 |
| 14614827 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14597977 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2026 00:30:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14596237 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2026 00:30:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14596238 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 12 2026 00:30:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14602708 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 12 2026 00:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14613396 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 12 2026 00:30:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14596239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:45:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14599673 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:46:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14599674 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2026 00:45:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14596242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:45:55 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14596241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14596243 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |

Case 21-10885-amc    Doc 77    Filed 02/13/26    Entered 02/14/26 00:38:26    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14605797 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2026 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14596244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:16 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14596245 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:45:58 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14596246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 00:30:00 | Comenity Bank/Spiegel, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14596247 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 00:30:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14596248 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:45:59 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14605333 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2026 00:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14596252 | | Email/Text: rj@ffcc.com | Feb 12 2026 00:30:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14596251 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 12 2026 00:31:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14596253 | ^ | MEBN | Feb 12 2026 00:29:41 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 14596254 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2026 00:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14596255 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:46:03 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14608828 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14605324 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14596256 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14614399 | | Email/Text: mtgbk@shellpointmtg.com | Feb 12 2026 00:30:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14596257 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 12 2026 00:46:04 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14599793 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 12 2026 00:46:04 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14596258 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 12 2026 00:30:00 | New Rez, PO Box 51850, Livonia, MI 48151-5850 |
| 14598319 | + | Email/Text: RASEBN@raslg.com | Feb 12 2026 00:30:00 | NewRez LLC, dba Shellpoint Mort Srving, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14596259 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 12 2026 00:30:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14596260 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 12 2026 00:30:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste |

Case 21-10885-amc    Doc 77    Filed 02/13/26    Entered 02/14/26 00:38:26    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 100, West Palm Beach, FL 33409-6493 |
| 14612812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2026 00:46:14 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14596261 | + | Email/Text: bkdepartment@rtresolutions.com Feb 12 2026 00:31:00 | | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 14596262 | + | Email/PDF: Bankruptcy_Prod@mohela.com Feb 12 2026 00:46:04 | | Sallie Mae, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14596263 | + | Email/Text: mtgbk@shellpointmtg.com Feb 12 2026 00:30:00 | | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 14596264 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 12 2026 00:46:13 | | Synchrony Bank/Bryant Corp, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14596266 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 12 2026 00:46:13 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14596267 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 12 2026 00:46:13 | | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14596268 | + | Email/Text: bncmail@w-legal.com Feb 12 2026 00:30:00 | | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14596269 | + | Email/Text: bnc-thebureaus@quantum3group.com Feb 12 2026 00:30:00 | | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14596270 | + | Email/Text: dbogucki@trumark.org Feb 12 2026 00:31:00 | | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 15027744 | + | Email/Text: mtgbk@shellpointmtg.com Feb 12 2026 00:30:00 | | US Bank Trust National Association, et al, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14622054 | | Email/Text: EDBKNotices@ecmc.org Feb 12 2026 00:30:00 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14596272 | + | Email/Text: Bankruptcy@wsfsbank.com Feb 12 2026 00:31:00 | | WSFS Bank, Attn: Bankruptcy, 500 Delaware Ave, Wilmington, DE 19801-1490 |
| 14596271 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com Feb 12 2026 00:45:55 | | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14606352 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Feb 12 2026 00:45:55 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14599529 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14596235 | *+ | Access Credit Union, Po Box 2206, Bristol, PA 19007-8206 |
| 14596236 | *+ | Access Credit Union, Po Box 2206, Bristol, PA 19007-8206 |
| 14596240 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14596249 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14596250 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14596265 | *+ | Synchrony Bank/Bryant Corp, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14596273 | *+ | WSFS Bank, Attn: Bankruptcy, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| JEFFREY M. CARBINO | on behalf of Joint Debtor Vernice Wooden jcarbinolaw@outlook.com |
| JEFFREY M. CARBINO | on behalf of Debtor James Wooden jcarbinolaw@outlook.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Wooden help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Vernice Wooden help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 76 − 74

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   James Wooden )   Case No. 21−10885−amc
 )
 )
   Vernice Wooden )   Chapter: 13
 )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 11, 2026         For The Court

        Mohung Wong
        Clerk of Court